PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kim B. Davis                    Cr.: 12-00063-001
                                                  PACTS #: 63457

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/09/2013

Original Offense: Extortion under the Color of Official Right

Original Sentence: 18 months imprisonment, 12 months supervised release

Special Conditions: $100 Special Assessment, $1,000 Fine

Type of Supervision: Supervised Release          Date Supervision Commenced: October 28, 2014

## STATUS REPORT

On April 9, 2013, the offender appeared before Your Honor after pleading guilty to one count charging him with Extortion under the Color of Official Right. He was sentenced to a 18 month term of incarceration followed by a one year term of supervised release. Special conditions included the following: 1) Fine in the amount of $1,000, the offender shall satisfy the amount due in monthly installments of no less than $100, to commence 30 days after release from confinement.

Since his release on October 28, 2014, the offender has made one payment of $100 towards his fine. The offender recently obtained a full time job and is awaiting receipt of his income tax return to pay off his entire fine balance.

### U.S. Probation Officer Action:

Our office is requesting no action be taken at this time. This notice will serve as a written reprimand.

Respectfully submitted,

By: Edwin Vazquez,
Senior U.S. Probation Officer

Date: 05/27/2015

Prob 12A – page 2
Kim B. Davis

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3 June 2015
Date